DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

24 JANUARY 2013

| | | | |
|---|---|---|---|
| 515P12 | Elona Nicole (Jarrell) Johnson v. Robert Opsitnick, Jr., and Anna Opsitnick | 1. Defs' NOA Based Upon a Constitutional Question (COA12-328) | 1. - - - |
| | | 2. Defs' PDR as to Additional Issues | 2. Denied |
| | | 3. Defs' PDR Under N.C.G.S. § 7A-31 | 3. Denied |
| | | 4. Plt's Motion to Dismiss Appeal | 4. Allowed |
| | | 5. Plt's Conditional PDR Under N.C.G.S. § 7A-31 | 5. Dismissed as Moot |
| 516P12 | Yolanda Hernandez v. Coldwell Banker Sea Coast Realty; Elliot and Susan Tindal; Scott G. Avent b/d/a Avent Appraisals, Inc.; and Bank of America Home Loans | 1. Plt's *Pro Se* PDR Under N.C.G.S. § 7A-31 (COA12-430) | 1. Denied |
| | | 2. Plt's *Pro Se* Motion for Petition to Deny Respondent's Response to PDR | 2. Dismissed as Moot |
| 517P12 | State v. Torez Lavon Hughes | 1. Def's *Pro Se* PWC to Review Order of COA (COAP12-828) | 1. Dismissed |
| | | 2. Def's *Pro Se* Motion to Proceed *In Forma Pauperis* | 2. Allowed |
| 518P12 | State v. David Richard Aekins | Def's *Pro Se* Motion for PDR (COAP12-917) | Dismissed |
| | | | **Beasley, J., Recused** |
| 520P12 | Capital Resources, LLC and Institution Food House, Inc. v. Chelda, Inc.; Charlotte Metro Restaurants, LLC; Barn Dinner Theatre, Inc.; Make Sense Dining of Florida, LLC; Make Sense Dining, Inc.; Buster's Grill, LLC; Dabney C. Erwin; and Charles B. Erwin | 1. Def's (Chelda, Inc.) PDR Under N.C.G.S. § 7A-31 (COA12-288) | 1. Dismissed |
| | | 2. Def's (Chelda, Inc.) Motion to Deem PDR Timely Filed | 2. Denied |
| | | 3. Def's (Chelda, Inc.) Motion, in the Alternative, for PDR to be Accepted as PWC | 3. Allowed |
| | | 4. Def's (Chelda, Inc.) PWC | 4. Denied |